UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| JENNIFER WHITNEY, | Civil No. 2:16-CV-01790-TSZ |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security, | |
| Defendant. | |

The parties' stipulated motion for remand, docket no. 13, is GRANTED, and it is hereby ORDERED that the above-captioned case is reversed and remanded to the Commissioner of Social Security for further administrative proceedings including a new hearing and a new decision.

Upon remand, the Appeals Council will remand the case to the Administrative Law Judge for further consideration of the medical opinions from Jesse McClelland, M.D.; Von Chang, M.D.; and Kathryn Johnson, Ph.D.; evaluation of the nature and severity of the claimant's chronic pain syndrome and recontact Dr. Chang, if necessary; further evaluation of the claimant's residual functional capacity, and obtain additional vocational expert evidence.

The Court will consider any application from plaintiff for reasonable attorney fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to the Court.

DATED this 28th day of April, 2017.

Thomas S. Zilly
United States District Judge

Presented by:

s/ Terrye E. Shea
TERRYE E. SHEA
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2143
Fax: (206) 615-2531
terrye.shea@ssa.gov