UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JENNIFER WHITNEY,

        Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

        Defendant.

C16-1790 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion for attorney's fees, docket no. 16, is GRANTED. It is hereby ORDERED that attorney's fees in the amount of $6,088.69, expenses in the amount of $3.43 and costs of $9.43, for a total of $6,101.55, shall be awarded to plaintiff pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. Subject to any offset allowed under the Department of the Treasury's Offset Program, *see Astrue v. Ratliff,* 130 S. Ct. 2521 (2010), the check for plaintiff's EAJA fees shall be made payable to Rosemary B. Schurman, based upon plaintiff's assignment of this fee to her attorney. Any check for EAJA fees shall be mailed to plaintiff's counsel, Rosemary B. Schurman, at 8123 NE 115 Way, Kirkland, WA, 98034.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 1st day of June, 2017.

                                          William M. McCool
                                          Clerk

                                          s/Karen Dews
                                          Deputy Clerk

MINUTE ORDER - 1